**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| BRIAN GROSS, individually and on behalf of those similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC.,<br><br>    Defendant. | Case No. 0:24-cv-02269-JMB-JFD<br><br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Brian Gross ("Plaintiff") and Defendant Experian Information Solutions Inc. ("Defendant"), through their respective attorneys of record, hereby stipulate and agree to the dismissal with prejudice of the above-captioned action, with each party to bear their own fees and costs.

Date:  June 20, 2025

/s/John G. Albanese
E. Michelle Drake, Bar No. 0387366
John G. Albanese, Bar No. 0395882
Ariana B. Kiener, Bar No. 0402365
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
T. 612.594.5999
F. 612.584.4470
emdrake@bm.net
jalbanese@bm.net
akiener@bm.net

*Attorneys for Plaintiff*

Date: June 20, 2025

/s/Chelsea Bollman
Chelsea Bollman
Bar No. 0401297
JONES DAY

- 2 -

90 South Seventh Street, Suite 4950 Minneapolis, MN 55402
Telephone: (612) 217-8800
Fax: (844) 345-3178
cbollman@jonesday.com

*Attorneys for Defendant*