# UNITED STATES DISTRICT COURT
## District of Minnesota

Brian Gross,

                Plaintiff(s),

v.

Experian Information Solutions, Inc.,

                Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 24-cv-2269 JMB/JFD

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Complaint (Doc. No. 1) is DISMISSED WITH PREJUDICE, and each party shall bear their own costs and attorneys' fees.

Date: 6/25/2025

KATE M. FOGARTY, CLERK